| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |  |
|---|---|---|
| DANIEL EUGENE KELLER, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. 1:19-CV-215 |
| | § | |
| WARDEN, FCC BEAUMONT, | § | |
| | § | |
| Respondent. | § | |

**ORDER OVERRULING PETITIONER'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Petitioner Daniel Eugene Keller, a prisoner confined at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se,* filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

The court ordered that this matter be referred to the Honorable Christine Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge recommends denying the Petition.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence.  Petitioner filed a "Statement of Facts," which the court liberally construes as objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law.  *See* FED. R. CIV. P. 72(b).  After careful consideration, the court concludes the objections are without merit.

**ORDER**

Accordingly, Petitioner's objections (#18) are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (#17) is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 4th day of September, 2022.

_Marcia A. Crone_
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE